# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-8071-GW-ASx | Date | June 20, 2023 |
|---|---|---|---|
| Title | G.B., a minor, et al. v. United States of America, et al. | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On June 19, 2023, Plaintiffs filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a motion for compromise of a minor's claim will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 20, 2023 at 8:30 a.m. The hearing will be vacated provided the motion for minor's compromise is filed by noon by July 19, 2023.

:

Initials of Preparer   JG