UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GRACE BAKER, et al., | Case No.: CV 21-8071-GW-ASx |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1  The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed.
2  R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH
3  PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall bear their own
4  costs, fees, and expenses.

6  Dated: August 28, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE